UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| RANDI KINYON | CIVIL ACTION NO. 08-cv-1924 |
| VERSUS | JUDGE HICKS |
| SUGAR RAY BULLOCK | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion to Dismiss Without Prejudice (Doc. 8)** is **granted** and that all claims asserted by Sugar Ray Bullock in his cross-claim are **dismissed without prejudice**.

**IT IS FURTHER ORDERED**, based on the representations of counsel that all other claims asserted in the state court action were previously dismissed, that this civil action is **closed**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 2nd day of November, 2009.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE